ACCEPTED
07-14-00393-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
7/29/2015 11:56:57 AM
Vivian Long, Clerk

NO. 07-14-00393-CV

# IN THE COURT OF APPEALS
## FOR THE SEVENTH DISTRICT OF TEXAS AT AMARILLO

7th COURT OF APPEALS
AMARILLO, TEXAS
7/29/2015 11:56:57 AM
VIVIAN LONG
CLERK

MAGDALENA MCMORDIE,
in her capacity as Beneficiary and Co-Trustee
of the Hobart B. McMordie, II Asset Management Trust
*Appellant/Cross Appellee*,

v.

CHARLES HARRIS MCMORDIE,
in his capacity as Co-Trustee
of the Hobart B. McMordie, II Asset Management Trust
*Appellee/Cross-Appellant*.

FROM THE 251ST DISTRICT COURT
RANDALL COUNTY, TEXAS
THE HONORABLE ANA ESTEVEZ, JUDGE PRESIDING
CAUSE NO. 66,482-C

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR REHEARING

TO THE HONORABLE COURT OF APPEALS:

Charles Harris McMordie ("Charles") files this *Unopposed Motion for Extension of Time to File Motion for Rehearing*, and in support thereof shows the Court the following:

## I.
## DUE DATE

Charles' Motion for Rehearing is currently due on August 8, 2015. Charles seeks an additional twenty (20) days, until August 28, 2015, to file his Motion for Rehearing.

## II.
## REASONS FOR EXTENSION OF TIME

Charles' counsel is involved in a number of other matters with deadlines and settings that will interfere with Charles' ability to timely file his Motion for Rehearing.

## III.
## EXTENSION SOUGHT IN THE INTEREST OF JUSTICE

The extension sought is not for the purpose of delay, but rather, is sought in the interest of justice and to allow Charles to fully brief issues to the Court.

## IV.
## APPELLANT/CROSS-APPELLEE AGREES TO THIS REQUEST

Counsel for Appellant/Cross-Appellee, Slater C. Elza, does not oppose this motion for extension of time.

**V.**
**<u>PRAYER</u>**

WHEREFORE, PREMISES CONSIDERED, Charles Harris McMordie prays that the Court grant an extension of time of twenty (20) days, until August 28, 2015, to file his Motion for Rehearing.

Respectfully submitted,

*/s/ David J. Drez III*
David J. Drez III
State Bar No. 24007127
*david.drez@wickphillips.com*
Meredith L. Perry
State Bar No. 24075622
*meredith.perry@wickphillips.com*

WICK PHILLIPS GOULD & MARTIN LLP
100 Throckmorton Street, Suite 550
Fort Worth, Texas 76102
Telephone: 817.332.7788
Telecopier: 817.332.7789

Scott W. Sherwood
State Bar No. 18255250
Sherwood and Sherwood
303 Euclid Street
Panhandle, Texas 79068
Telephone: 806.537.3591
Telecopier: 806.537.3592

**ATTORNEYS FOR APPELLEE/**
**CROSS-APPELLANT CHARLES**
**HARRIS MCMORDIE**

## CERTIFICATE OF CONFERENCE

On July 28, 2015, I contacted counsel for Appellant/Cross-Appellee, Slater C. Elza, and Appellant/Cross-Appellee is not opposed to this Motion.


/s/ David J. Drez III
David J. Drez III

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was served on the following counsel of record via electronic filing, on this 29th day of July, 2015:

Slater C. Elza
Jennie C. Knapp
UNDERWOOD LAW FIRM, P.C.
P.O. Box 9158
Amarillo, Texas 79105


/s/ David J. Drez III
David J. Drez III